UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SAMHO SHIPPING CO., LTD., et ano.,

                Plaintiffs,

        -against-                                      09 Civ. 5752 (LAK)

FRANK MOHN A/S, et ano.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED #: 10/26/09**

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Plaintiffs shall show cause, on or before November 10, 2009, why the process of maritime attachment previously issued in this action should not be vacated or modified and the action dismissed in light of *Shipping Corp. of India Ltd. v. Jaldhi Overseas Pte Ltd.*, Nos. 08-3477-cv(L), 08-3758-cv(XAP), (2d Cir. Oct. 16, 2009).

        SO ORDERED.

Dated:     October 26, 2009

                                                          Lewis A. Kaplan
                                                United States District Judge